1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| 9  Mark Brnovich, et al., | No. CV-21-01568-PHX-MTL |
| 10          Plaintiffs, | **ORDER** |
| 11  v. | |
| 12  Joseph R Biden, et al., | |
| 13          Defendants. | |

14

15      Before the Court are Plaintiffs' Motion for Leave to File an Overlength Motion for

16   a Temporary Restraining Order and Preliminary Injunction (Doc. 15), Motion for Leave to

17   Proceed Pseudonymously (Doc. 16), and Motion for Expedited Briefing Schedule for

18   Plaintiffs' Motion for Preliminary Injunction (Doc. 17).

19      **IT IS ORDERED granting** Plaintiffs' Motion for Leave to File Excess Pages for

20   Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 15). Plaintiffs

21   shall be permitted to file the Proposed Motion for Temporary Restraining Order and

22   Preliminary Injunction. Plaintiffs are ordered to file the motion within 24 hours of this

23   Order.

24      **IT IS FURTHER ORDERED** that Defendants may file a consolidated 34-page

25   response. Plaintiffs may file a reply not exceeding 20 pages.

26      **IT IS FURTHER ORDERED** that, the Court having reviewed the Proposed

27   Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 15, Ex. 2) and

28   finding no cause having been shown for considering or issuing a temporary restraining

order without notice (Fed. R. Civ. P. 65(b)(1)(A)-(B)), the Court will not set a hearing on the motion until Plaintiffs file a Notice indicating: (1) that Notice was given to Defendants, (2) specifying how Notice was given to Defendants; and (3) providing contact information for Defendants.

**IT IS  FURTHER ORDERED denying** Plaintiffs' Motion for Expedited Briefing (Doc. 17) without prejudice. Plaintiffs may refile this motion after filing the Notice described in the preceding paragraph.

**IT IS FINALLY ORDERED** that Plaintiffs' Motion for Leave to Proceed Pseudonymously (Doc. 16) remains pending.

Dated this 22nd day of October, 2021.

Michael T. Liburdi
United States District Judge