| | |
|---|---|
| **MARK BRNOVICH**<br>**ATTORNEY GENERAL**<br>(Firm State Bar No. 14000)<br><br>Joseph A. Kanefield (No. 15838)<br>Brunn (Beau) W. Roysden III (No. 28698)<br>Drew C. Ensign (No. 25463)<br>James K. Rogers (No. 27287)<br>2005 N. Central Ave<br>Phoenix, AZ 85004-1592<br>Phone: (602) 542-8540<br>Joseph.Kanefield@azag.gov<br>Beau.Roysden@azag.gov<br>Drew.Ensign@azag.gov<br>James.Rogers@azag.gov<br>*Attorneys for Plaintiffs Mark Brnovich and the State of Arizona* | **WILENCHIK & BARTNESS PC**<br><br>Jack Wilenchik (No. 029353)<br>The Wilenchik & Bartness Building<br>2810 North Third Street<br>Phoenix, AZ 85004<br>Phone (602) 606-2816<br>JackW@wb-law.com<br><br>*Attorney for Plaintiff John Doe* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Brnovich, in his official capacity as Attorney General of Arizona; the State of Arizona; and John Doe,<br><br>        Plaintiffs,<br><br>        v.<br><br>Joseph R. Biden in his official capacity as President of the United States; Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; United States Department of Homeland Security; Troy Miller in his official capacity as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; Tae Johnson in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement; Ur M. Jaddou in her official capacity as Director of U.S. Citizenship and Immigration Services; United States Office of Personnel Management; Kiran Ahuja in her official capacity as director of the Office of Personnel Management and as co-chair of the Safer Federal Workforce Task Force; General Services Administration; Robin Carnahan in her | No. 2:21-cv-01568-MTL<br><br>**PLAINTIFFS' RENEWED MOTION FOR EXPEDITED BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (DKT. 34)** |

| | |
|---|---|
| official capacity as administrator of the General Services Administration and as co-chair of the Safer Federal Workforce Task Force; Office of Management and Budget; Shalanda Young in her official capacity as Acting Director of the Office of Management and Budget and as a member of the Safer Federal Workforce Task Force; Safer Federal Workforce Task Force; and Jeffrey Zients in his official capacity as co-chair of the Safer Federal Workforce Task Force and COVID-19 Response Coordinator | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 16(b) and LRCiv 7.2, Plaintiffs Mark Brnovich, in his official capacity as Attorney General of Arizona, the State of Arizona, and John Doe (together, the "Plaintiffs") respectfully request an expedited briefing schedule for Plaintiffs' Renewed Motion for Preliminary Injunction ("PI Motion"), Dkt. 34. making Defendants' Response due by October 27, 2021, and Plaintiffs' Reply due by October 29, 2021.

The reasons requiring an expedited briefing schedule are set out in the PI Motion itself, which gives detail on the vaccination deadlines approaching and their effect. In short, the challenged Employee and Contractor Mandates (collectively, the "Mandates") both include deadlines for vaccination within the next several days, establishing the immediacy of irreparable harm in the absence of action by this Court. The regular briefing schedule for motions would result in such delays that several of the Mandates' deadlines would have passed before this Court would be able to act on the PI Motion.

In the alternative, if Defendants would accept a temporary restraining order against the Mandates to cover the time to fully brief and rule on the PI Motion, Plaintiffs are amenable to the normal times to file a response and reply to such a motion as set forth in the Federal Rules of Civil Procedure.

To this end, Plaintiffs respectfully request that this Court either enter a scheduling order setting Defendants' response deadline to the PI Motion for October 27, 2021, and Plaintiffs' reply deadline for October 29, 2021, or in the alternative, that this Court enter a Temporary Restraining Order effective immediately to allow for a regular briefing schedule, as requested in the PI Motion.

//

//

//

RESPECTFULLY SUBMITTED this 22nd of October, 2021.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By: */s/ James K. Rogers*
  Joseph A. Kanefield (No. 15838)
  Brunn W. Roysden III (No. 28698)
  Drew C. Ensign (No. 25463)
  James K. Rogers (No. 27287)

*Attorneys for Plaintiffs*

**WILENCHIK & BARTNESS PC**

By: */s/Jack Wilenchik*
  Jack Wilenchik (No. 029353)

*Attorney for Plaintiff John Doe*