**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Mark Brnovich, in his official capacity as Attorney General of Arizona; the State of Arizona; and John Doe,

Plaintiffs,

v.

Joseph R. Biden in his official capacity as President of the United States; Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; United States Department of Homeland Security; Troy Miller in his official capacity as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; Tae Johnson in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement; Ur M. Jaddou in her official capacity as Director of U.S. Citizenship and Immigration Services; United States Office of Personnel Management; Kiran Ahuja in her official capacity as director of the Office of Personnel Management and as co-chair of the Safer Federal Workforce Task Force; General Services Administration; Robin Carnahan in her official capacity as administrator of the General Services Administration and as co-chair of the Safer Federal Workforce Task Force; Office of Management and Budget; Shalanda Young in her official capacity as Acting Director of the Office of Management and Budget and as a member of the Safer Federal Workforce Task Force; Safer Federal Workforce Task Force; and Jeffrey Zients in his official capacity as co-chair of the Safer Federal Workforce Task Force and COVID-19 Response Coordinator

Defendants.

No. 2:21-cv-01568-MTL

**AFFIDAVIT OF SERVICE BY CERTIFIED MAIL**

I, Terry Olsen, am familiar with the facts stated in this Affidavit to show that on October 19, 2021, I served the following court papers on the parties listed below by certified mail, postage prepaid, return receipt requested:

- [001] Complaint for Declaratory Relief
- [001-1] Coversheet
- [002] Notice of U.S. Magistrate Judge
- [013] Issued Summons
- [013-1] Issued Summons
- [013-2] Issued Summons
- [013-3] Issued Summons
- [013-4] Issued Summons

Persons and Addresses Served:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tracking: 9489 0090 0027 6355 9072 29

U.S. Attorney for the District of Arizona
c/o Civil Process Clerk
Two Renaissance Square, 40 N. Central Avenue
Suite 1800
Phoenix, AZ 85004
Tracking: 9489 0090 0027 6355 8072 12

Alejandro Mayorkas
United States Department of Homeland Security
Washington, D.C. 20528
Tracking: 91 7199 9991 7039 1696 3208

Troy Miller
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229
Tracking: 91 7199 9991 7039 1696 3215

Department of Homeland Security
c/o Alejandro Mayorkas
Washington, D.C. 20528
Tracking: 91 7199 9991 7039 1696 3222

President Joseph R. Biden
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500
Tracking: 91 7199 9991 7039 1696 3239

U.S. Immigration and Customs Enforcement
c/o Tae Johnson, Acting Director
500 12th Street SW
Washington, D.C. 20536
Tracking: 91 7199 9991 7039 1696 3246

These court papers were received by each of the parties listed above as shown by the Proof of Service for each Defendant and attached hereto as Exhibit A.

**SENDER SIGNATURE AND DATE**

By: Terry Olsen
Terry Olsen

Date: 10-25-21

STATE OF ARIZONA )
) ss
COUNTY OF MARICOPA )

Subscribed or sworn to or affirmed before me this 25th day of October 2021 by Terry Olsen.

(notary seal) STEPHANIE C. PAINE
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 595802
Expires December 31, 2024

Stephanie C. Paine
Notary Public

# EXHIBIT A


UNITED STATES
POSTAL SERVICE

October 25, 2021

Dear Terry Olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6355 9072 12**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 21, 2021, 11:24 am |
| **Location:** | PHOENIX, AZ 85004 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 10lb, 10.6oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | [signature] |
| Address of Recipient: | [handwritten] |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



October 25, 2021

Dear terry Olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9171 9999 9170 3916 9632 08**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 25, 2021, 12:07 pm |
| **Location:** | WASHINGTON, DC 20593 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 8lb, 14.7oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | C19<br>T. Brittle |
| Address of Recipient: | 20593 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



October 25, 2021

Dear terry olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9171 9999 9170 3916 9632 22**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 25, 2021, 12:07 pm |
| **Location:** | WASHINGTON, DC 20593 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 9lb, 2.3oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | C19<br>T. Britt[illegible] |
| Address of Recipient: | 20593 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



October 25, 2021

Dear terry olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9171 9999 9170 3916 9632 15**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 25, 2021, 12:07 pm |
| **Location:** | WASHINGTON, DC 20593 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 8lb, 7.7oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | CIJ<br>T. Britt[illegible] |
| Address of Recipient: | 20593 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



October 25, 2021

Dear terry olsen:

The following is in response to your request for proof of delivery on your item with the tracking number: **9171 9999 9170 3916 9632 46**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 25, 2021, 12:07 pm |
| **Location:** | WASHINGTON, DC 20593 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 8lb, 7.5oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | C19 T. Brittle |
| Address of Recipient: | 20593 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >

Track Another Package +

Remove X

**Tracking Number:** 9171999991703916963239

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In Transit to Next Facility

October 25, 2021

**Get Updates**

Feedback

**Text & Email Updates**

**Return Receipt Electronic**

**Tracking History**

**Product Information**

**See Less**

## Can't find what you're looking for?

10/25/21, 2:39 PM Case 2:21-cv-01568-MTL Document 42 Filed 10/25/21 Page 11 of 11 USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 9489009000276355907229

Remove X

Your item arrived at the WASHINGTON, DC 20530 post office at 10:24 am on October 25, 2021 and is ready for pickup.

## Available for Pickup

October 25, 2021 at 10:24 am
WASHINGTON, DC 20530

Feedback

**Get Updates**

**Text & Email Updates**

**Return Receipt Electronic**

**Tracking History**

**Product Information**

**See Less**

## Can't find what you're looking for?

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9489009000276355907229 1/2