DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Michael T. Liburdi | **Date:** October 26, 2021 |
| **Case Number:** CV-21-01568-PHX-MTL | |
| **Brnovich v. Biden et al** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | John Wilenchik (telephonic) | Joseph DeMott (telephonic) |
| | Brunn Roysden, III (telephonic) | Christopher M. Lynch (telephonic) |
| | James Rogers | |
| | Joseph Kanefield (telephonic) | |
| | Drew Ensign | |

**STATUS CONFERENCE:**

10:03 a.m. This is the time set for Status Conference. Discussion held regarding the Renewed Motion for a Temporary Restraining Order and Preliminary Injunction, (Doc. 34), and Plaintiffs' Renewed Motion for Expedited Briefing Schedule for Plaintiffs' Motion for Preliminary Injunction, (Doc. 36). For reasons stated on the record,

**IT IS ORDERED** granting Plaintiffs' Motion for expedited briefing schedule, (Doc. 36), to the extent that Defendants' responsive brief is due by **November 2, 2021**. Plaintiffs' reply is due by **November 5, 2021**.

**IT IS FURTHER ORDERED** setting oral argument on the Renewed Motion for a Temporary Restraining Order and Preliminary Injunction, (Doc. 34), for **Wednesday, November 10, 2021, at 8:30 a.m.**, in Courtroom 504. In person attendance is preferred, however the Court will consider telephonic appearance upon request.

10:39 a.m. Court adjourned.

| | |
|---|---|
| Deputy Clerk: Rebekka Walder | **36 mins** |
| Court Reporter: Barbara Stockford | **Start:  10:03 AM** |
| | **Stop:   10:39 AM** |