BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
CHRISTOPHER R. HALL
CARLOTTA P. WELLS
Assistant Directors

STEVEN A. MYERS
Senior Trial Counsel
JOSEPH J. DEMOTT
R. CHARLIE MERRITT (VA Bar # 89400)
KEVIN J. WYNOSKY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8098
Email: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Brnovich *et al.*, | No. 2:21-cv-01568-MTL |
| Plaintiffs, | |
| vs. | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| Joseph R. Biden, *et al.*, | |
| Defendants. | |

Defendants respectfully notify the Court of the attached decisions in *Smith v. Biden*, No. 1:21-cv-19457 (D.N.J.), and *Altschuld v. Raimondo*, No. 1:21-cv-2779 (D.D.C.), both of which were issued yesterday evening and are relevant to the Court's consideration of Plaintiffs' pending motion for preliminary injunction. In particular, the attached decisions support Defendants' arguments that injunctive relief against the President is unavailable, that Plaintiffs' equal protection and substantive due process claims are unlikely to succeed, that Plaintiff Doe is not likely to suffer irreparable harm in the absence of preliminary relief, and that the

requested preliminary relief is contrary to the public interest. *See* Defs.' Opp'n to Pls.' Mot. for Prelim. Inj. at 19–22, 31–36, 38–40, ECF No. 52.

Respectfully submitted this 9th day of November, 2021.

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
CHRISTOPHER R. HALL
CARLOTTA P. WELLS
Assistant Directors

*/s/ R. Charlie Merritt*
STEVEN A. MYERS
Senior Trial Counsel
JOSEPH J. DEMOTT
R. CHARLIE MERRITT (VA Bar # 89400)
KEVIN J. WYNOSKY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8098
Email: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*
