**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Brnovich, in his official capacity as Attorney General of Arizona; the State of Arizona; and John Doe, | No. 2:21-cv-01568-MTL |
| Plaintiffs, | **AFFIDAVIT OF SERVICE BY CERTIFIED MAIL** |
| v. | |
| Joseph R. Biden in his official capacity as President of the United States; Alejandro Mayorkas in his official capacity as Secretary of Homeland Security; United States Department of Homeland Security; Troy Miller in his official capacity as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; Tae Johnson in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement; Ur M. Jaddou in her official capacity as Director of U.S. Citizenship and Immigration Services; United States Office of Personnel Management; Kiran Ahuja in her official capacity as director of the Office of Personnel Management and as co-chair of the Safer Federal Workforce Task Force; General Services Administration; Robin Carnahan in her official capacity as administrator of the General Services Administration and as co-chair of the Safer Federal Workforce Task Force; Office of Management and Budget; Shalanda Young in her official capacity as Acting Director of the Office of Management and Budget and as a member of the Safer Federal Workforce Task Force; Safer Federal Workforce Task Force; and Jeffrey Zients in his official capacity as co-chair of the Safer Federal Workforce Task Force and COVID-19 Response Coordinator | |
| Defendants. | |

I, Sarah Mancuso, am familiar with the facts stated in this Affidavit to show that on October 25, 2021, I served the following court papers on the parties listed below by certified mail, postage prepaid, return receipt requested:

- [001] Complaint for Declaratory Relief
- [014] First Amended Complaint for Declaratory Relief
- [014-1] Exhibit 1
- [014-2] Exhibit 2
- [015] Motion for Leave to File Excess Pages for Motion for a Temporary Restraining Order and Preliminary Injunction
- [015-1] Proposed Order
- [015-2] Proposed Motion for a Temporary Restraining Order and Preliminary Injunction
- [015-5] Proposed Order
- [016] Motion to Proceed Pseudonymously by John Doe
- [017] Motion to Expedite Briefing
- [033] Notice in Compliance with Court's 10/22/21 Order
- [034] Renewed Motion for a Temporary Restraining Order and Preliminary Injunction
- [034-1] Declaration of James K. Rogers, Exhibits A-H
- [034-2] Exhibits I-Z
- [036] Renewed Motion for Expedited Briefing Schedule
- [036-1] Proposed Order

Persons and Addresses Served:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tracking:  9489 0090 0027 6356 0592 00

1

U.S. Attorney for the District of Arizona
c/o Civil Process Clerk
Two Renaissance Square, 40 N. Central Avenue Suite 1800
Phoenix, AZ 85004
Tracking:  9489 0090 0027 6356 0592 17

The Honorable Alejandro Mayorkas
Secretary of Homeland Security
United States Department of Homeland Security
Washington, D.C. 20528
Tracking:  9489 0090 0027 6356 0591 70

Troy Miller
Senior Official Performing the Duties of the
Commissioner of U.S. Customs and Border Protection
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229
Tracking:  9489 0090 0027 6356 0591 56

Department of Homeland Security
c/o Alejandro Mayorkas
Washington, D.C. 20528
Tracking:  9489 0090 0027 6356 0591 94

President Joseph R. Biden
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500
Tracking:  9489 0090 0027 6356 0591 63

Tae Johnson
Senior Official Performing the Duties of
Director of U.S. Immigration and Customs Enforcement
Office of the Director
500 12th Street SW
Washington, D.C. 20536
Tracking:  9489 0090 0027 6356 0591 87

Ur M. Jaddou
Director of U.S. Citizenship and Immigration Services
U.S. Citizenship and Immigration Services
Information and Customer Service Division

2

5900 Capital Gateway Dr.
Camp Springs, MD 20588-0009
Tracking:  9489 0090 0027 6356 0590 19

U.S. Office of Personnel Management
1900 E Street, NW
Washington, DC 20415
Tracking:  9489 0090 0027 6356 0590 26

Kiran Ahuja
Director of the Office of Personnel Management
Office of Personnel Management
1900 E St., NW
Washington, DC 20415
Tracking:  9489 0090 0027 6356 0590 33

Kiran Ahuja
Co-chair of the Safer Federal Workforce Task Force
1900 E St., NW
Washington, DC 20415
Tracking:  9489 0090 0027 6356 0590 40

General Services Administration
1800 F St., NW
Washington, DC 20405
Tracking:  9489 0090 0027 6356 0590 57

Robin Carnahan
Administrator of the General Services Administration
General Services Administration
1800 F St., NW
Washington, DC 20405
Tracking:  9489 0090 0027 6355 9090 32

Robin Carnahan
Co-chair of the Safer Federal Workforce Task Force
General Services Administration
1800 F St., NW
Washington, DC 20405
Tracking:  9489 0090 0027 6356 0590 71

Office of Management and Budget
725 17th St., NW
Washington, DC 20503

3

Tracking:  9489 0090 0027 6355 9090 25

Shalanda Young
Acting Director of the Office of Management and Budget
725 17th St., NW
Washington, DC 20503
Tracking:  9489 0090 0027 6356 0590 95

Shalanda Young
Member of the Safer Federal Workforce Task Force
725 17th St., NW
Washington, DC 20503
Tracking:  9489 0090 0027 6356 0591 01

Safer Federal Workforce Task Force
C/O Mr. Jeffrey Zients
COVID-19 Response Coordinator
The White House
1600 Pennsylvania Ave. NW
Washington, DC 20500
Tracking:  9489 0090 0027 6356 0591 18

Safer Federal Workforce Task Force
C/O Robin Carnahan
General Services Administration;
1800 F St., NW
Washington, DC 20405
Tracking:  9489 0090 0027 6356 0591 25

COVID-19 Response Coordinator
The White House
1600 Pennsylvania Ave. NW
Washington, DC 20500
Tracking:  9489 0090 0027 6356 0591 32

Jeffrey Zients
Co-chair of the Safer Federal Workforce Task Force
The White House
1600 Pennsylvania Ave. NW
Washington, DC 20500
Tracking:  9489 0090 0027 6356 0591 49

These court papers were received by each of the parties listed above as shown by the Proof of Service for each Defendant and attached hereto as Exhibit A.

**SENDER SIGNATURE AND DATE**

By: _____
Sarah Mancuso

Date: ____11/9/21____

STATE OF ARIZONA      )
                               ) ss
COUNTY OF MARICOPA   )

Subscribed or sworn to or affirmed before me this 9th day of ~~October~~ NOVEMBER 2021 by Sarah Mancuso

_____
Notary Public

(notary seal)

STEPHANIE C. PAINE
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 595802
Expires December 31, 2024

5

EXHIBIT A



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6356 0591 70**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 28, 2021, 11:47 am |
| **Location:** | WASHINGTON, DC 20528 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 197lb, 8.5oz |

**Recipient Signature**

| | |
| --- | --- |
| Signature of Recipient: | K Lusby |
| Address of Recipient: | Rm 19 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES POSTAL SERVICE**

November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6356 0592 00**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | October 28, 2021, 4:53 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 203lb, 11.3oz |

| Recipient Signature |
|---|

| | |
|---|---|
| Signature of Recipient: | *[signature] Eddie L. Anderson* |
| Address of Recipient: | *[handwritten] Wash DC 20530* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6356 0591 94**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 27, 2021, 10:34 am |
| **Location:** | WASHINGTON, DC 20522 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 197lb, 8.5oz |

**Recipient Signature**

Signature of Recipient:   *K Lusby*
*K Lusby*

Address of Recipient:   *Rm 19*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6356 0590 57**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 28, 2021, 12:23 pm |
| **Location:** | WASHINGTON, DC 20405 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 208lb, 16.0oz |

| Recipient Signature |
| --- |

| | |
| --- | --- |
| Signature of Recipient: | C19 J.Jennings |
| Address of Recipient: | 20405 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6356 0591 49**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | November 1, 2021, 3:42 am |
| **Location:** | WASHINGTON, DC 20500 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 203lb, 4.3oz |

| Recipient Signature | |
|---|---|

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6356 0591 32**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | November 1, 2021, 3:42 am |
| **Location:** | WASHINGTON, DC 20500 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 204lb, 13.0oz |

| Recipient Signature | |
|---|---|

| | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | *[handwritten address]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6356 0590 40**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 27, 2021, 10:35 am |
| **Location:** | WASHINGTON, DC 20415 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 203lb, 4.3oz |

**Recipient Signature**

| | |
| --- | --- |
| Signature of Recipient: | c() 7. Bvovcr |
| Address of Recipient: | 20415 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6356 0590 33**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 29, 2021, 12:44 pm |
| **Location:** | WASHINGTON, DC 20421 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 203lb, 0.7oz |

| Recipient Signature |
| --- |

Signature of Recipient: *CORVIG CORVIG*

Address of Recipient: *20418*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6355 9090 25**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | November 1, 2021, 3:42 am |
| **Location:** | WASHINGTON, DC 20500 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 202lb, 6.1oz |

| Recipient Signature |
|---|

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten address]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6356 0591 63**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered |
| **Status Date / Time:** | November 2, 2021, 3:35 am |
| **Location:** | WASHINGTON, DC 20500 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 196lb, 10.4oz |

| Recipient Signature |
| --- |

|  |  |
| --- | --- |
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten address]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6355 9090 32**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 28, 2021, 12:23 pm |
| **Location:** | WASHINGTON, DC 20405 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 203lb, 7.8oz |

**Recipient Signature**

| | |
| --- | --- |
| Signature of Recipient: | C19 J. Jennings |
| Address of Recipient: | 20405 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6356 0590 71**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 28, 2021, 12:23 pm |
| **Location:** | WASHINGTON, DC 20405 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 202lb, 13.2oz |

**Recipient Signature**

Signature of Recipient: *C19 J. Jennings*

Address of Recipient: *2 2 405*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Crank:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6356 0591 18**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | November 1, 2021, 3:42 am |
| **Location:** | WASHINGTON, DC 20500 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 202lb, 9.7oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6356 0591 25**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 28, 2021, 12:23 pm |
| **Location:** | WASHINGTON, DC 20405 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 203lb, 4.3oz |

**Recipient Signature**

|  |  |
|---|---|
| Signature of Recipient: | C19 J. Jennings |
| Address of Recipient: | 20405 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6356 0590 95**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered |
| **Status Date / Time:** | November 1, 2021, 3:42 am |
| **Location:** | WASHINGTON, DC 20500 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 202lb, 13.2oz |

| Recipient Signature |
| --- |

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6356 0591 01**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered |
| **Status Date / Time:** | November 1, 2021, 3:42 am |
| **Location:** | WASHINGTON, DC 20500 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 202lb, 9.7oz |

| Recipient Signature |
| --- |

| | |
| --- | --- |
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6356 0591 87**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 28, 2021, 11:48 am |
| **Location:** | ZIP Code 28536 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 57lb, 0.0oz |

| Recipient Signature | |
|---|---|

Signature of Recipient:  K Lusby
K Lusby

Address of Recipient:  Rm 19

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6356 0591 56**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 27, 2021, 10:33 am |
| **Location:** | WASHINGTON, DC 20229 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 199lb, 8.3oz |

| Recipient Signature | |
|---|---|

Signature of Recipient: *K Lusby / K Lusby*

Address of Recipient: *Rm 19*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6356 0590 19**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 27, 2021, 10:33 am |
| **Location:** | WASHINGTON, DC 20529 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 204lb, 5.9oz |

**Recipient Signature**

|  |  |
|---|---|
| Signature of Recipient: | K Lusby / K Lusby |
| Address of Recipient: | Rm 19 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 5, 2021

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9489 0090 0027 6356 0590 26**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 27, 2021, 10:35 am |
| **Location:** | WASHINGTON, DC 20415 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 203lb, 0.7oz |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: | c() ⁷. Bⱽᵘᵒᵘᶜₕ |
| Address of Recipient: | 20415 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# USPS Tracking®

FAQs >

Track Another Package  +

**Tracking Number:** 9489009000276356059217

Remove ✕

The delivery status of your item has not been updated as of October 27, 2021, 12:10 am. We apologize that it may arrive later than expected.

## Awaiting Delivery Scan

October 27, 2021 at 12:10 am

Get Updates  ⌄

---

**Text & Email Updates**                                               ⌄

---

**Return Receipt Electronic**                                          ⌄

---

**Tracking History**                                                   ⌄

---

**Product Information**                                                ⌄

---

See Less  ⌃

Feedback

# Can't find what you're looking for?