DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Michael T. Liburdi | **Date:** November 10, 2021 |
| **Case Number:** CV-21-01568-PHX-MTL | |
| **Brnovich v. Biden et al** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | James Rogers | Joseph John DeMott |
| | John Wilenchik | Kevin Wynosky |
| | Brunn Wall Roysden, III | |

## MOTION HEARING:

8:34 a.m. This is the time set for Motion Hearing on the Renewed Motion for a Temporary Restraining Order and Preliminary Injunction, (Doc. 34). Argument heard. 9:33 a.m. Court stands at recess.

9:48 a.m. Court reconvenes. Oral argument continues. Defendants are directed to file a copy of the OMB Director's submission to the Federal Register regarding the revised Safer Federal Workforce Task Force guidance as soon as practical.

**IT IS ORDERED** that Plaintiffs are granted leave to file an amended complaint and renewed motion for preliminary relief considering the new development that Defendants brought to the Court's attention in this hearing.

11:28 a.m. Court stands at recess while Plaintiffs discuss a deadline for submission of amended pleadings.

11:42 a.m. Court reconvenes. By stipulation of the parties,

**IT IS FURTHER ORDERED** that Plaintiffs shall file their amended complaint and motion for preliminary relief by **Friday, November 19, 2021**. Defendants shall file their response by no later than **5:00 p.m. EST, on Friday, December 3, 2021**. Plaintiffs' reply is due by **Wednesday, December 8, 2021**.

**IT IS FURTHER ORDERED** that Plaintiffs' Renewed Motion for a Temporary Restraining Order and Preliminary Injunction, (Doc. 34), is denied without prejudice to refiling as directed on the record.

Discussion held regarding Defendants' answer to the forthcoming amended complaint. Defendants will respond pursuant to the Local Rules.

11:49 a.m. Court adjourned.

**CV-21-01568-PHX-MTL**  **November 10, 2021**

**Brnovich v. Biden et al**  Page 2 of 2

|  | **2 hrs and 46 mins** |
|---|---|
| Deputy Clerk: Rebekka Walder | **Start:  8:34 AM** |
| Court Reporter: Barbara Stockford | **Stop:   11:49 AM** |