**Mark Brnovich, Attorney General**
(Firm State Bar No. 14000)
Joseph A. Kanefield (No. 15838)
Brunn (Beau) W. Roysden III (No. 28698)
Drew C. Ensign (No. 25463)
James K. Rogers (No. 27287)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-8540
Joseph.Kanefield@azag.gov
Beau.Roysden@azag.gov
Drew.Ensign@azag.gov
James.Rogers@azag.gov
*Attorneys for Plaintiffs Mark Brnovich and the State of Arizona*

Michael Napier (State Bar No. 002603)
Eric R. Wilson (State Bar No. 030053)
Cassidy L. Bacon (State Bar No. 031361)
**Napier, Baillie, Wilson, Bacon & Tallone, PC**
2525 E. Arizona Biltmore Circle, Ste 135
Phoenix, AZ 85016-0001
Phone: (602) 248-9107
mike@napierlawfirm.com
ewilson@napierlawfirm.com
clbacon@napierlawfirm.com
*Attorneys for Plaintiffs PLEA and Local 493*

**Wilenchik & Bartness PC**

Jack Wilenchik (State Bar No. 029353)
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, AZ 85004
Phone: (602) 606-2816
JackW@wb-law.com
*Attorney for Plaintiff John Doe*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Brnovich, et al., <br><br>    Plaintiffs, <br> v. <br><br> Joseph R. Biden, et al. <br><br>    Defendants. | Case No: 2:21-cv-01568-PHX-MTL <br><br> **MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT CITY OF PHOENIX'S RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs Phoenix Law Enforcement Association and United Phoenix Firefighters Association Local 493, through undersigned counsel, move for an extension of time to reply to Defendant City of Phoenix's Response to Motion for Preliminary Injunction from December 8, 2021 to December 15, 2021.

In light of the decision in *Georgia v. Biden*, No. 21-cv-00163, on December 7, 2021, the City of Phoenix paused its vaccine mandate that is the subject of Plaintiffs' complaint. A status conference has also been set for December 14, 2021 before this Court to, in part, discuss the impact of *Georgia v. Biden* on the present case. Thus, good cause exists for the brief extension. Counsel for the City has been contacted and does not oppose this motion.

RESPECTFULLY SUBMITTED this 8th day of December 2021.

> **NAPIER, BAILLIE, WILSON, BACON & TALLONE, P.C.**
>
> By /s/ Michael Napier
> Michael Napier
> Eric R. Wilson
> Cassidy L. Bacon
> 2525 E. Arizona Biltmore Circle, Suite 135
> Phoenix, AZ 85016-0001
> *Attorneys for Plaintiffs PLEA and Local 493*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and caused a copy to be electronically transmitted to all ECF registrants.

By: /s/ Michael Napier