DISTRICT JUDGE'S CIVIL MINUTES
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:  Michael T. Liburdi** | **Date: December 14, 2021** |
| **Case Number CV-21-01568 -PHX-MTL** | |
| **Brnovich, et al. v Biden, et al** | |

**APPEARANCES:**

| **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|
| James Rogers | **(Appearing Telephonically:)** |
| Brunn Roysden | Joseph DeMott |
| | Kevin Wynosky |
| **(Appearing Telephonically:)** | Elissa Fudim |
| Drew Ensign | Eric Fraser |
| Davis Bauer | |
| Cassidy Bacon | |

## STATUS CONFERENCE:

3:02 p.m. Court in session. Discussion is held regarding the status of the case and the scope of Plaintiffs' Second Amended Complaint (Doc. 70). **IT IS ORDERED** that by December 17, 2021, the parties will file a stipulation clarifying which claims are being asserted against the City of Phoenix and by which plaintiffs.

Discussion is held regarding the Motion to Proceed Pseudonymously (Doc. 16). Brief oral argument is heard. The motion is taken under advisement. Written order to issue.

Discussion is held regarding the Motion to Bifurcate Claims and Consolidate Trial on the Merits (Doc. 73). **IT IS ORDERED** that the parties shall confer and file a stipulation recommending that the Court issue an order bifurcating claims and consolidating adjudication of Plaintiffs' Motion for Preliminary Injunction (Doc. 72) with a trial on the merits. The stipulation is due by December 17, 2021. **IT IS FURTHER ORDERED** that the parties shall also submit a stipulation, by December 17, 2021, regarding the briefing schedule and overlength page request with respect to Counts IX-XIII of the Second Amended Complaint.

Discussion is held regarding Defendants' Motion to Stay (Doc. 117). Oral argument is heard. **IT IS ORDERED** that the motion is DENIED for reasons stated on the record.

The parties informed the Court that they do not object to the Court deciding Plaintiffs' Motion for Preliminary Injunction (Doc. 72) on the briefs without a hearing.

04:10 p.m. Court adjourned.

Deputy Clerk: Amber Ocamb                                    **1 hour 8 minutes**
Court Reporter: Barbara Stockford                            **Start:  03:02 PM**
                                                             **Stop:   04:10 PM**