**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joseph A. Kanefield (No. 15838)
Brunn (Beau) W. Roysden III (No. 28698)
Drew C. Ensign (No. 25463)
James K. Rogers (No. 27287)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-8540
Joseph.Kanefield@azag.gov
Beau.Roysden@azag.gov
Drew.Ensign@azag.gov
James.Rogers@azag.gov
*Attorneys for Plaintiffs Mark Brnovich and the*
*State of Arizona*

**WILENCHIK & BARTNESS PC**

Jack Wilenchik
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, AZ 85004
Phone (602) 606-2816
JackW@wb-law.com

*Attorney for Plaintiff John Doe*

**NAPIER, BAILLIE, WILSON, BACON**
**& TALLONE, P.C.**

Michael Napier (No. 002603)
Eric R. Wilson (No. 030053)
Cassidy L. Bacon (No. 031361)
2525 E. Arizona Biltmore Cir, Ste C-135
Phoenix, Arizona 85016
Phone: 602.248.9107
mike@napierlawfirm.com

*Attorneys for Plaintiffs PLEA and Local 493*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Brnovich, *et al.*,<br><br>                    Plaintiffs,<br>          v.<br>Joseph R. Biden, *et al.*<br><br>                    Defendants. | No. 2:21-cv-01568-MTL<br><br>**JOINT STIPULATION**<br>**REGARDING CLAIMS AGAINST**<br>**CITY OF PHOENIX** |

Pursuant to the discussion during the status conference on December 14, 2021 and the Court's subsequent minute entry, the Parties hereby stipulate to the following:

- Plaintiffs PLEA and Local 493 are asserting Counts I, IV, and VI against Defendant City of Phoenix. No other Plaintiffs are asserting claims against the City of Phoenix.

Plaintiffs PLEA and Local 493 seek declaratory relief from this Court that the Contractor Mandate is unconstitutional and unlawful under Counts I, IV, and VI. Plaintiffs PLEA and Local 493 take the position that under the Declaratory Judgment Act, 28 U.S.C. § 2201(a), "any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought." (*See* Doc. 70 at 69 ¶¶ A and D (invoking 28 U.S.C. § 2201)).

It is the position of Plaintiffs PLEA and Local 493 that the City of Phoenix is a proper relief defendant, and that the test for whether a defendant is a proper relief defendant under 28 U.S.C. § 2201 is whether the court "would have jurisdiction had the declaratory relief defendant been a plaintiff seeking a federal remedy." *Standard Ins. Co. v. Saklad*, 127 F.3d 1179, 1181 (9th Cir. 1997); accord *Hornish v. King Cty.*, 899 F.3d 680, 691 n.4 (9th Cir. 2018). Plaintiffs PLEA and Local 493 contend that because the City of Phoenix is subject to the Contractor Mandate and would thus have standing to seek a federal remedy, it is properly named as a relief defendant.  Plaintiffs PLEA and Local 493 are asserting these claims against Phoenix as a relief defendant only; they do not allege that Phoenix is liable under or has breached the duties alleged in Counts I, IV, or VI.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The City of Phoenix does not concede that the above claims state a claim for relief against the City of Phoenix, that the City is a proper defendant, or that the Court has jurisdiction.

RESPECTFULLY SUBMITTED this 17th day of December, 2021.

**MARK BRNOVICH**
**ATTORNEY GENERAL**
By: /s/ *James K. Rogers*
Joseph A. Kanefield (No. 15838)
Brunn W. Roysden III (No. 28698)
Drew C. Ensign (No. 25463)
James K. Rogers (No. 27287)
*Attorneys for Plaintiffs Mark Brnovich and*
*the State of Arizona*


**WILENCHIK & BARTNESS PC**

By: /s/ *Jack Wilenchik (with permission)*
Jack Wilenchik (No. 029353)
Davis P. Bauer (No. 035529)
*Attorney for Plaintiff John Doe*


**NAPIER, BAILLIE, WILSON,**
**BACON & TALLONE, P.C.**

By: /s/ *Michael Napier (with permission)*
Michael Napier (No. 002603)
Eric R. Wilson (No. 030053)
Cassidy L. Bacon (No. 031361)

*Attorneys for Plaintiffs PLEA and*
*United Phoenix Firefighters Association Local 493*


**OSBORN MALEDON, P.A.**

By: /s/ *Joshua D. Bendor (with permission)*
Eric M. Fraser (No. 027241)
Joshua D. Bendor (No. 031908)
Hayleigh S. Crawford (No. 032326)
*Attorneys for Defendant City of Phoenix*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all Defendants, who have appeared, are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

/s/   *James K. Rogers*

*Attorney for Plaintiff Mark Brnovich, in his official capacity as Attorney General of Arizona; and the State of Arizona*