**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark Brnovich, in his official capacity as Attorney General of Arizona; *et al.*, <br><br> Plaintiffs, <br> v. <br> Joseph R. Biden in his official capacity as President of the United States; *et al.*, <br><br> Defendants. | No. 2:21-cv-01568-MTL <br><br> **[PROPOSED] ORDER** |

     Upon consideration of Plaintiffs' motion to transfer the related case of *Arizona v. Walsh*, No. 2:22-cv-213-SPL under Local Rule 42.1, it is hereby ORDERED that Defendants' motion is GRANTED. *Arizona v. Walsh* shall be marked as related and transferred to the undersigned.