# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Brnovich, in his official capacity as Attorney General of Arizona; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Joseph R. Biden in his official capacity as President of the United States; *et al.*, <br><br> Defendants. | No. 2:21-cv-01568-MTL <br><br> **[PROPOSED] ORDER** |

Having considered Plaintiffs' Motion for Jurisdictional Discovery,

**IT IS HEREBY ORDERED**, the Court will permit Plaintiffs to serve five requests for production, five interrogatories, and take up to three depositions.

**IT IS FURTHER ORDERED** that Defendants shall produce the Administrative Record for Plaintiffs' Immigration Claims within 21 days of this order.