BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRAD P. ROSENBERG
Assistant Director

JOSEPH J. DEMOTT (Va. Bar #93981)
KEVIN J. WYNOSKY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-3367
Email: joseph.demott@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Brnovich *et al.*, | No. 2:21-cv-01568-MTL |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEAL** |
| Joseph R Biden, *et al.*, | |
| Defendants. | |

Notice is hereby given that the Federal Defendants[1] hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Judgment of February 10, 2022 (ECF No. 166). This appeal includes all prior orders and decisions that merge into the Court's Judgment of February 10, 2022.

Respectfully submitted this 8th day of April, 2022.

                        BRIAN M. BOYNTON
                        Principal Deputy Assistant Attorney General

                        BRAD P. ROSENBERG
                        Assistant Director

---

[1] The "Federal Defendants" are the United States of America; President Joseph Biden; the United States Department of Homeland Security; the United States Office of Personnel Management; the General Services Administration; the Safer Federal Workforce Task Force; the United States Office of Management and Budget; the Centers for Disease Control and Prevention; the Federal Acquisition Regulatory Council; the United States Department of Justice; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; Troy Miller, in his official capacity as Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection; Tae Johnson, in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement; Ur Jaddou, in her official capacity as Director of the United States Citizenship and Immigration Services; Kiran Ahuja, in her official capacity as Director of the Office of Personnel Management and co-chair of the Safer Federal Workforce Task Force; Robin Carnahan, in her official capacity as Administrator of the General Services Administration and co-chair of the Safer Federal Workforce Task Force; Shalanda Young, in her official capacity as Acting Director of the Office of Management and Budget and member of the Safer Federal Workforce Task Force; Jeffrey Zients, in his official capacity as COVID-19 Response Coordinator and co-chair of the Safer Federal Workforce Task Force; L. Eric Patterson, in his official capacity as Director of the Federal Protective Service and member of the Safer Federal Workforce Task Force; James Murray, in his official capacity as Director of the United States Secret Service and member of the Safer Federal Workforce Task Force; Deanne Criswell, in her official capacity as Director of the Federal Emergency Management Agency and member of the Safer Federal Workforce Task Force; Rochelle Walensky, in her official capacity as Director of the Centers for Disease Control and Prevention and member of the Safer Federal Workforce Task Force; Mathew Blum, in his official capacity as Chair of the Federal Acquisition Regulatory Council and Acting Administrator of the Office of Federal Procurement Policy; Lesley Field, in her official capacity as a member of the Federal Acquisition Regulatory Council and Acting Administrator for Federal Procurement at the Office of Federal Procurement Policy; Karla Jackson, in her official capacity as a member of the Federal Acquisition Regulatory Council and Assistant Administrator for Procurement at the National Aeronautics and Space Administration; Jeffrey Koses, in his official capacity as a member of the Federal Acquisition Regulatory Council and Senior Procurement Executive at the General Services Administration; John Tenaglia, in his official capacity as a member of the Federal Acquisition Regulatory Council and Principal Director of Defense Pricing and Contracting at the Department of Defense; and Merrick Garland, in his official capacity as Attorney General of the United States.

|   |   |
|---|---|
| 1 | |
| 2 | */s/ Joseph J. DeMott* |
|   | JOSEPH J. DEMOTT (Va. Bar #93981) |
| 3 | KEVIN J. WYNOSKY |
|   | Trial Attorneys |
| 4 | United States Department of Justice |
|   | Civil Division, Federal Programs Branch |
| 5 | 1100 L Street NW |
| 6 | Washington, DC 20005 |
|   | Phone: (202) 514-3367 |
| 7 | Email: joseph.demott@usdoj.gov |

*/s/ Joseph J. DeMott*
JOSEPH J. DEMOTT (Va. Bar #93981)
KEVIN J. WYNOSKY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-3367
Email: joseph.demott@usdoj.gov

*Attorneys for Defendants*