**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joseph A. Kanefield (No. 15838)
Drew C. Ensign (No. 25463)
James K. Rogers (No. 27287)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-8540
Joseph.Kanefield@azag.gov
Beau.Roysden@azag.gov
Drew.Ensign@azag.gov
James.Rogers@azag.gov

*Attorneys for Plaintiffs Mark Brnovich*
*and the State of Arizona*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Brnovich, in his official capacity as Attorney General of Arizona; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Joseph R. Biden in his official capacity as President of the United States; *et al.*, <br><br> Defendants. | No. 2:21-cv-01568-MTL <br><br> **PARTIES' JOINT REPONSE TO ORDER TO SHOW CAUSE** |

Plaintiffs (the "State") and Defendants ("DHS") jointly respond to this Court's Order to Show Cause, (Doc. 227) and apologize for their failure to timely file the Joint Case Report. This missed filing was the result of both parties' failure to properly calendar the deadline. This oversight was exacerbated by the press of business, which has been particularly heavy of late and compounded by staff departures in recent weeks at the Arizona Attorney General's Office.

The State and DHS have taken internal administrative steps to more carefully track deadlines in this case and ensure that such an oversight does not happen again.

Concurrent with this Response, the parties are also filing their Joint Proposed Case Management Report.

RESPECTFULLY SUBMITTED this 24th day of October, 2022.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By: /s/  *James K. Rogers*
    Joseph A. Kanefield (No. 15838)
    Drew C. Ensign (No. 25463)
    James K. Rogers (No. 27287)

*Attorneys for Plaintiffs Mark Brnovich and the State of Arizona*

By: /s/  *Elissa Fudim*

Elissa Fudim
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-6073
Email: elissa.p.fudim@usdoj.gov
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all Defendants who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

/s/ *James K. Rogers*
*Attorney for Plaintiffs Mark Brnovich, in his official capacity as Attorney General of Arizona; and the State of Arizona*