Kevin E. O'Malley (Bar No. 006420)
Hannah H. Porter (Bar No. 029842)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
kevin.omalley@gknet.com
hannah.porter@gknet.com
Attorneys for Plaintiffs Kristin K. Mayes and State of Arizona

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kristin K. Mayes, in her official capacity as Attorney General of Arizona; et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>Joseph R. Biden in his official capacity as President of the United States et al.,<br><br>   Defendants. | No. 2:21-CV-01568-MTL<br><br>**UNOPPOSED MOTION TO CONTINUE JANUARY 19, 2023 STATUS CONFERENCE** |

Plaintiffs State of Arizona and Kristin K. Mayes[1] in her official capacity as Attorney General of Arizona respectfully ask the court to continue the status conference scheduled for January 19, 2023 by approximately two weeks.

Pursuant to the Court's minute entry, the purpose for the status conference is to discuss how the case should proceed under the Office of the Attorney General's new leadership.  [Dkt. 238, 240.] The Office of the Attorney General has been working on this matter but requests additional time to reach a decision as to how the case should proceed. Accordingly, Plaintiffs seek a short continuance of the status conference for

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Kristin K. Mayes is automatically substituted in as Plaintiff in place of former Attorney General Mark Brnovich.

approximately two weeks to February 2, 2023 or another date that is convenient for the Court.

Counsel for Defendants stated that they consent to the requested continuance.

A proposed form of order is lodged herewith.

RESPECTFULLY SUBMITTED this 17th day of January, 2023.

                              GALLAGHER & KENNEDY, P.A.

By: */s/Hannah H. Porter*
    Kevin E. O'Malley
    Hannah H. Porter
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225

## CERTIFICATE OF SERVICE

I certify that on this 17th day of January 2023, a PDF copy of the foregoing was electronically transmitted to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/D. Ochoa

9420826v2/568-0209