IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristin K. Mayes, et al., | No. CV-21-01568-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Joseph R Biden, et al., | |
| Defendants. | |

Having reviewed the Stipulation of Dismissal of Remaining Claims (Doc. 247),

**IT IS ORDERED** that Counts IX, X, XI, XII, and XIII of Plaintiffs' Third Amended Complaint (Doc. 134), to the extent not already dismissed by the Court's ruling (Doc. 219), are dismissed.

**IT IS FURTHER ORDERED** that all pending matters, including deadlines in the Court's Scheduling Order (Doc. 231) and Plaintiffs' Motion for Leave to File a Supplemental Pleading (Doc. 234), are vacated or denied as moot.

**IT IS FINALLY ORDERED** that each party shall bear its own costs and fees.

Dated this 2nd day of February, 2023.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge